FILED

09/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0637

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0637

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

MARK MENDOZA,

     Defendant and Appellant.

                       O R D E R

_____

Appellant Mark Mendoza, by counsel, has filed a motion for a 30-day extension of time within which to file his reply brief.

IT IS HEREBY ORDERED that motion is GRANTED. Appellant's reply brief shall be filed on or before October 9, 2020.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 25 2020